# EXHIBIT 1

## Claims and Investments

### Scheduled and Filed Claims

| Creditor | Scheduled Claims | | | Filed Claims | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Schedule | Amount | C/U/D | Claim No. | Amount | Classification | Type |
| Barbara & Jay Weiser | F | $100,000.00 | C/U/D | 6325 | $103,500.00 | Secured/Unsecured | Note |
| | | | | 6326 | 103,500.00 | Secured/Unsecured | Note |
| Totals | | $100,000.00 | | | $207,000.00 | | |

### Investment Principal and Distributions

| Investor Name | Type | Total Outstanding Principal | Prepetition Distributions | Net Principal |
| --- | --- | --- | --- | --- |
| Barbara & Jay Weiser | Note | $100,000.00 | $9,186.06 | $90,813.94 |
| Totals | | $100,000.00 | $9,186.06 | $90,813.94 |

# EXHIBIT 2

Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27301 | 12/04/17 | 10/19/17 | JAY R WEISER | $ 2,625.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27301 | 12/04/17 | 10/19/17 | JAY R WEISER | | $ 3,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25534 | 12/04/17 | 09/05/17 | JAY R WEISER | | 1,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25935 | 12/04/17 | 09/05/17 | JAY R WEISER | | 2,070.00 |
| | | | TOTALS - 90 DAY | | 2,625.00 | 7,570.00 |
| | | | NET DISBURSEMENTS - 90 DAY | | | 4,945.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25402 | 12/04/17 | 08/29/17 | JAY R WEISER | | 3,450.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25022 | 12/04/17 | 08/25/17 | JAY R WEISER | 2,500.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25022 | 12/04/17 | 08/25/17 | JAY R WEISER | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24371 | 12/04/17 | 08/14/17 | JAY R WEISER | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23451 | 12/04/17 | 07/20/17 | JAY R WEISER | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23452 | 12/04/17 | 07/20/17 | JAY R WEISER | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21784 | 12/04/17 | 06/20/17 | JAY R WEISER | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21603 | 12/04/17 | 05/30/17 | JAY R WEISER | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21604 | 12/04/17 | 05/30/17 | JAY R WEISER | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20251 | 12/04/17 | 04/25/17 | JAY R WEISER | 500.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20251 | 12/04/17 | 04/25/17 | JAY R WEISER | 250.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20251 | 12/04/17 | 04/25/17 | JAY R WEISER | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20029 | 12/04/17 | 04/21/17 | JAY R WEISER | | 1,050.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20070 | 12/04/17 | 04/21/17 | JAY R WEISER | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18517 | 12/04/17 | 03/20/17 | JAY R WEISER | 1,004.16 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18517 | 12/04/17 | 03/20/17 | JAY R WEISER | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16012 | 12/04/17 | 12/27/16 | JAY R WEISER | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7520 | 12/04/17 | 07/20/16 | JAY R WEISER | | 4,707.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5913 | 12/04/17 | 06/02/16 | JAY R WEISER | 2,500.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5913 | 12/04/17 | 06/02/16 | JAY R WEISER | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5825 | 12/04/17 | 05/31/16 | JAY R WEISER | | 3,300.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4973 | 12/04/17 | 05/10/16 | JAY R WEISER | | 500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4974 | 12/04/17 | 05/10/16 | JAY R WEISER | | 500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3464 | 12/04/17 | 03/18/16 | JAY R WEISER | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2182 | 12/04/17 | 03/02/16 | JAY R WEISER | | 1,200.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33492 | 12/04/17 | 12/21/15 | JAY R WEISER | | 5,250.00 |
| | | | TOTALS - 2 YEAR (INCL. 90 DAY) | | $ 9,379.16 | $ 61,327.00 |
| | | | NET DISBURSEMENTS - 2 YEAR (INCL. 90 DAY) | | | $ 51,947.84 |

# EXHIBIT 3

## Schedule of Claims Contributed by Investors

Broker(s): Jay R. Weiser

| Investor Name | Outstanding Investor Principal Amounts | | Net/Allowed Claim Amounts | |
|---|---|---|---|---|
| | Class 3 | Class 5 | Class 3 | Class 5 |
| BARBARA & JAY WEISER | $ 100,000.00 | $ - | $ 90,813.94 | $ - |
| IRA SVCS TR CO-CFBO BRUCE A TERRY IRA | - | 253,000.00 | - | 232,619.47 |
| LAURENCE REMIS | 25,000.00 | - | 22,355.62 | - |
| MAINSTAR-FBO RICHARD W BRZOSKA | 115,000.00 | - | 105,222.50 | - |
| MITCH STEINBERG | 25,000.00 | - | 22,355.62 | - |
| PROV. TR GP-FBO GERALD A LEWIS IRA | 222,400.00 | 50,000.00 | 194,758.37 | 43,785.61 |
| Totals | $ 487,400.00 | $ 303,000.00 | $ 435,506.05 | $ 276,405.08 |