IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560-JKS |
| Debtor. | |
| Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidating Trust, | **MEDIATION STATUS REPORT** |
| Plaintiff, | |
| v. | Adv. Proc. No.: 19-51051-JKS |
| Barbara A. Weiser; Jay R. Weiser | |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    __X__      Mediation is scheduled to occur on <u>May 17, 2022</u>.

    _____      A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____      OTHER:

Dated: <u>May 12, 2022</u>       Mediator

     */s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Tel. (302) 225-7600
E-mail: cbifferato@tbf.legal